## SCHUBERT v. KAMPGROUND PROPERTIES, INC.

No. 362P89

Case below: 94 N.C. App. 781

Petition by defendant (Properties) for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

## STAR AUTOMOBILE CO. v. JAGUAR CARS, INC.

No. 398P89

Case below: 95 N.C. App. 103

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 December 1989.

## STATE v. BROWN

No. 438P89

Case below: 95 N.C. App. 454

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 December 1989.

## STATE v. DAVENPORT

No. 445P89

Case below: 95 N.C. App. 224

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 December 1989.

## STATE v. DOWNING

No. 484P89

Case below: 95 N.C. App. 224

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 7 December 1989.